An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

MONROE CHARLES, SR.,
Petitioner,
vs.
THE SECOND JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
WASHOE,
Respondent,
    and
THE STATE OF NEVADA,
Real Party in Interest.

No. 64953

**FILED**

APR 1 0 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

*ORDER DENYING PETITION*

This is a proper person petition for a writ of habeas corpus. Petitioner claims that NRS 200.366 is unconstitutional and he is actually innocent of sexual assault because there was no evidence corroborating the victim's testimony. Without deciding upon the merits of any claims raised in the documents submitted in this matter, we decline to exercise our original jurisdiction. A challenge to the validity of the judgment of conviction must be raised in a post-conviction petition for a writ of habeas

14-11437

corpus filed in the district court in the first instance.[1]  NRS 34.724(2)(b);

NRS 34.738(1).  Accordingly, we

ORDER the petition DENIED.

_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Saitta

cc:  Monroe Charles, Sr.
     Attorney General/Carson City
     Washoe County District Attorney
     Washoe District Court Clerk

---

[1]We express no opinion as to whether petitioner could meet the procedural requirements of NRS chapter 34.